IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | Case No.: 7:23-CR-48 (WLS) |
| | : | |
| TRAVIS MICHAEL HARRIS, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On June 28, 2023, a pretrial conference was held in this matter. Defendant, Travis Michael Harris, was not in attendance despite Defense Counsel's representations to the Court that he had been advised of the hearing. Accordingly, the Government moved for a bench warrant, and this Court issued a bench warrant, for Defendant's arrest, in light of Defendant's failure to appear.

Since issuing the bench warrant, the Court has been advised by the United States Probation Office that Defendant's whereabouts are known and that Defendant has remained in contact with his probation officer. Accordingly, upon further consideration the Court withdraws its issuance of a bench warrant.

Defendant, however, is hereby **ORDERED** to appear before this Court to show cause why his bond should not be revoked. A pretrial conference shall be held in conjunction with Defendant's show cause hearing.

**SO ORDERED**, this 29th day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**