IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-48 (WLS) |
| | : |
| TRAVIS MICHAEL HARRIS, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is Defendant, Travis Michael Harris's, Unopposed Motion to Continue Trial in the Interests of Justice. (Doc. 31.) Therein, Defendant requests that this case be continued from the August 2023 trial term to the November 2023 term of Court.[1] The reason that a continuance is requested is that Defense Counsel requires additional time to review discovery, conduct any required investigation or negotiate a potential resolution of this case. (Doc. 31.) The Court notes for the purposes of the record that this is Defendant's first request for a continuance.

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 31) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 term and its conclusion, or as may

---

[1] The Court notes for the purposes of the record that Defendant verbally moved to continue the trial of this matter at the July 7, 2023, pretrial conference, which this Court granted, thereby stopping the Speedy Trial Act "clock" on July 7, 2023. (Docs. 30 & 31.) The Court also instructed defense counsel to file a written motion to continue, in order to perfect the record and make all appropriate findings.

otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 11th day of July 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**