IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 7:23-CR-48 (WLS-TQL-1) |
| TRAVIS M. HARRIS, | : | |
| Defendants. | : | |

## ORDER

The Court intends to notice this case for the November 2023 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, September 15, 2023,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

**SO ORDERED**, this 1st day of September, 2023.

>    /s/ W. Louis Sands
>    **W. LOUIS SANDS, SR. JUDGE**
>    **UNITED STATES DISTRICT COURT**