**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-48 (WLS-TQL) |
| | : | |
| TRAVIS MICHAEL HARRIS | : | |
| | : | |
| Defendant. | : | |
| | : | |

**<u>ORDER</u>**

Before the Court is the Defendant's Motion to Continue Trial in the Interests of Justice (Doc. 41). Therein, Defendant requests a continuance of his trial scheduled for the November 2023 trial term. Defendant contends that the Court should grant this continuance to procure counsel of his choice. The Court notes that it has already continued Defendant's trial once before. (*See* Doc. 32). Defendant asks the Court to exclude the time period of delay from computation under the Speedy Trial provision of 18 U.S.C. § 3161. On October 27, 2023 the Court held a hearing on Defendant's Motion, this Order memorializes that hearing.

The Court noted its concern that if Defendant was unable to procure counsel by the February 2024 Valdosta trial term, this might cause additional unnecessary delay in trying his case. As such, the Court informed Defendant that his current court-appointed counsel would remain on the case, until such time as Defendant's counsel of choice entered a notice appearance on the case. If such counsel enters an appearance no later than **Friday**, **November 3rd, 2023**, the Court will grant Defendant's Motion for a continuance to the February 2024 trial term and discharge Defendant's current court-appointed counsel. If not, Defendant's court-appointed counsel will remain on the case, and the case will proceed to trial for the November 2023 Valdosta trial term.

**SO ORDERED**, this 31st day of October, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**