**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-48 (WLS-TQL) |
| | : | |
| TRAVIS MICHAEL HARRIS | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On October 31, 2023, the Court entered an Order (Doc. 45) informing Defendant that his current court-appointed counsel would remain on the case, until such time as Defendant's counsel of choice has entered an appearance on the case. If such counsel enters an appearance no later than Friday, November 3rd, 2023, the Court will grant Defendant's Motion for Continuance to the February 2024 trial term.

The Court hereby **NOTICES** the Parties that if Defendant's counsel of choice does not enter an appearance on the case, as noted above, this case will proceed to trial on **Monday, November 6th, 2023**, **8:30 A.M** at the Valdosta Division of the Middle District of Georgia.

**SO ORDERED**, this 1st day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1