IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-48 (WLS-TQL) |
| | : | |
| TRAVIS MICHAEL HARRIS | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER

Before the Court is the Defendant's Motion to Continue Trial in the Interests of Justice (Doc. 41). Therein, Defendant requests a continuance of his trial scheduled for the November 2023 trial term. Defendant contends that the Court should grant this continuance to procure counsel of his choice. The Court notes that it has already continued Defendant's trial once before. (*See* Doc. 32). The Government does not oppose Defendant's Motion. (Doc. 41 at ¶ 8).

On October 31, 2023, the Court held a hearing on Defendant's Motion and informed Defendant that his current court-appointed counsel would remain on the case, until such time as Defendant's counsel of choice has entered an appearance on the case, and if such counsel entered an appearance no later than Friday, November 3rd, 2023, the Court would grant Defendant's Motion for Continuance to the February 2024 trial term. The Court memorialized this instruction in an Order entered on November 1, 2023 (Doc. 48). The Court notes that Defendant's counsel of choice has entered an appearance on the case. (Doc. 49).

Based on the Defendant's stated reasons and the fact that the Government does not oppose the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Defendant's counsel of choice will necessarily need some time to prepare for trial. Therefore, the Motion (Doc. 41) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February 2024 term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that

the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Moreover, because Defendant's Counsel of Choice has entered an appearance on the case the Court **DISCHARGES** Plaintiff's court-appointed counsel.

**SO ORDERED**, this 3rd day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**