# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-48 (WLS-TQL) |
| | : | |
| TRAVIS MICHAEL HARRIS | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

On January 24, 2024, the Court Ordered (Doc. 56) Defendant's counsel to show cause why she failed to comply with the Court's Order to file Proposed Instructions/Requests to Charge and Proposed Voir Dire Questions by the Court's deadline. On January 24, 2024, Defendant's counsel responded in writing indicating that it was an oversight and that she apologizes to the Court.

The Court acknowledges counsel's response and compliance with the show cause Order and prior Order of the Court. The apology is accepted by the Court and finds that no sanction is necessary or appropriate.

**SO ORDERED**, this 25th day of January 2024

                                                   /s/ W. Louis Sands
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**